The Honorable Christopher M. Alston
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Critical Power Exchange, LLC,<br><br>        Debtor. | Case No. 18-12037-CMA |
| Edmund J. Wood, Trustee,<br><br>        Plaintiff,<br><br> v.<br><br>Invest West Capital, LLC, a Washington Limited Liability Company,<br><br>        Defendant. | **Adv. Pro. No. 19-01019-CMA**<br><br>STIPULATION TO EXTEND THE TIME TO ANSWER THE TRUSTEE'S COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS |

COMES NOW plaintiff Edmund J. Wood as trustee (the "Trustee") for the bankruptcy estate of Critical Power Exchange, LLC (the "Debtor"), by and through his undersigned counsel and defendant Invest West Capital, LLC ("Invest West"), by and through its undersigned counsel who stipulate and agree as follows:

1. On February 13, 2019, the Trustee filed a Complaint for Avoidance and Recovery of Fraudulent Transfers (the "Complaint") against Invest West.

STIPULATION - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53354089.2

Case 19-01019-CMA    Doc 12    Filed 03/22/19    Ent. 03/22/19 16:28:46    Pg. 1 of 2

2. The deadline for Invest West to answer the Trustee's Complaint is March 27, 2019.

3. The Trustee and Invest West have agreed to extend the deadline for Invest West to respond to the Complaint to April 15, 2019.

4. The Trustee and Invest West further stipulate that an order granting the extension of time to answer the Complaint may be entered immediately and without further notice.

DATED this 22nd day of March, 2019.

**FOSTER PEPPER PLLC**

*/s/ Andrew H. Morton*

Deborah A. Crabbe, WSBA No. 22263
Andrew H. Morton, WSBA No. 49467
*Attorneys for Plaintiff Chapter 7 Trustee Edmund J. Wood*

**ROMERO PARK P.S.**

*/s/ H. Troy Romero*

H. Troy Romero, WSBA No. 19044
*Attorneys for defendant Invest West Capital, LLC*

STIPULATION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

53354089.2

Case 19-01019-CMA    Doc 12    Filed 03/22/19    Ent. 03/22/19 16:28:46    Pg. 2 of 2