# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Critical Power Exchange, LLC,<br><br>　　　　　　　　　　Debtor.<br>_____<br><br>Edmund J. Wood, Trustee, Trustee of the Bankruptcy Estate of Critical Power Exchange, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>Invest West Capital, LLC,<br><br>　　　　　　　　　　Defendant. | Case No: 18-12037-CMA<br><br>Adversary No. 19-01019-CMA<br><br>DEFENDANT'S ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS |

COMES NOW Defendant Invest West, LLC ("Invest West") and hereby answers the allegations of Plaintiff's Complaint as follows:

1. In response to Paragraph 1.1 of the Complaint, Invest West denies all allegations.

2. In response to Paragraph 1.2 of the Complaint, Invest West denies all allegations.

DEFENDANT'S ANSWER - 1

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA98004-5901
Tel: (425) 450-5000 ☐ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 1 of 11

3. In response to Paragraph 2.1 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in Paragraph 2.1, but assumes the allegation is truthfully stated.

4. In response to Paragraph 2.2 of the Complaint, Invest West admits only that Invest West is a Limited Liability Company formed under the laws of the State of Washington, as to the remaining allegations Defendant denies the same.

5. In response to Paragraph 2.2.1 of the Complaint, Invest West admits only that Robert Hild owns 25% interest in Invest West. Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 2.2.1 and therefore denies the same.

6. In response to Paragraph 2.2.2 of the Complaint, Invest West admits only that Invest West is a co-investor in Critical Power Partners, L.P. ("CP Partners"), and that CP Partners is a limited partnership formed under the laws of the State of California. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 2.2.2 and therefore denies the same.

7. In response to Paragraph 2.2.3 of the Complaint, Invest West admits only that CP Partners owns 75% interest in the Debtor. Invest West lacks sufficient information to admit or deny the remaining allegations contained in the Paragraph 2.2.3 and therefore denies the same.

8. In response to Paragraph 2.2.4 of the Complaint, Invest West denies all allegations.

9. In response to Paragraph 3.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 8 as if fully set forth herein.

10. In response to Paragraph 3.2 of the Complaint, Invest West admits the allegations.

11. In response to Paragraph 3.3 of the Complaint, Invest West admits the allegations.

12. Paragraph 3.4 of the Complaint does not contain any allegations that necessitate Invest West's response.

13. In response to Paragraph 4.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 12 as if fully set forth herein.

DEFENDANT'S ANSWER - 2

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ◻ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 2 of 11

14. In response to Paragraph 4.2 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.2 and therefore denies the same.

15. In response to Paragraph 4.3 of the Complaint, Invest West admits only that, in 2002, CP Partners acquired a 75% interest in the Debtor. Invest West denies the remaining allegations contained in Paragraph 4.3.

16. In response to Paragraph 4.4 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.4 and therefore denies the same.

17. In response to Paragraph 4.5 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.5 and therefore denies the same.

18. In response to Paragraph 4.6 of the Complaint, Invest West admits only that the Debtor undertook debt obligations. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.6 and therefore denies the same.

19. In response to Paragraph 4.7 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.7 and therefore denies the same.

20. In response to Paragraph 4.8 of the Complaint, Invest West admits only that the Debtor undertook debt obligations in the principal amount of at least $1.425 million. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.8 and therefore denies the same.

21. In response to Paragraphs 4.9 – 4.16 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.4 of the Complaint.

22. In response to Paragraph 4.17 of the Complaint, Invest West admits only that the Debtor assigned certain rights and interests to Invest West. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.17 and therefore denies the same.

23. In response to Paragraph 4.18 of the Complaint, Invest West lacks

DEFENDANT'S ANSWER - 3

ROMERO PARK P.S.
155-108th Avenue N.E., Suite 202
Bellevue, WA98004-5901
Tel: (425) 450-5000 ▫ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 3 of 11

sufficient information to admit or deny the allegations contained in the Paragraph 4.18 and therefore denies the same.

24. In response to Paragraphs 4.19 – 4.33 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.18 of the Complaint.

25. In response to Paragraph 4.34 of the Complaint, Invest West admits only that the Debtor entered into an Asset Purchase Agreement (the "APA"), which agreement speaks for itself and requires no further answer. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.34 and therefore denies the same.

26. In response to Paragraphs 4.34.1 – 4.39.2 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.18 of the Complaint.

27. In response to Paragraph 4.40 of the Complaint, Invest West admits only that the Debtor and Invest West entered into an agreement involving Debtor assigning certain rights and interests to Invest West (the "Assignment"), which agreement speaks for itself and requires no further answer. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.40 and therefore denies the same.

28. In response to Paragraphs 4.40.1 – 4.40.3 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.18 of the Complaint. The Assignment speaks for itself and requires no further answer.

29. In response to Paragraph 4.41 of the Complaint, Invest West admits only that the Debtor owes at least $1.425 million. The Assignment speaks for itself and requires no further answer. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.41 and therefore denies the same.

30. In response to Paragraph 4.42 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.42 and therefore denies the same.

31. In response to Paragraph 4.43 of the Complaint, Invest West admits only that the Debtor assigned certain rights and interests to Invest West in exchange for forgiveness

DEFENDANT'S ANSWER - 4

ROMERO PARK P.S.
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ◻ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 4 of 11

of certain antecedent debt.  The Assignment speaks for itself and requires no further answer.  Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.43 and therefore denies the same.

32. In response to Paragraph 4.44 of the Complaint, Invest West admits only that the Debtor assigned rights and interests in certain accounts receivable to Invest West.  The Assignment speaks for itself and requires no further answer.  Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.44 and therefore denies the same.

33. In response to Paragraph 4.45 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.45 and therefore denies the same.

34. In response to Paragraphs 4.46 – 4.47 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.45 of the Complaint.

35. In response to Paragraph 4.48 of the Complaint, Invest West admits only that the February 2018 Payment has been placed in the trust account of Invest West's counsel.  Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 4.48 and therefore denies the same.

36. In response to Paragraph 4.49 of the Complaint, Invest West denies all allegations.

37. In response to Paragraph 4.50 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 4.50 and therefore denies the same.

38. In response to Paragraph 4.51 of the Complaint, Invest West denies all allegations.

39. In response to Paragraphs 4.52 – 4.60.2 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 4.45 of the Complaint.

40. In response to Paragraph 5.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 39 as if fully set forth herein.

DEFENDANT'S ANSWER - 5

ROMERO PARK P.S.
155-108th Avenue N.E., Suite 202
Bellevue, WA98004-5901
Tel: (425) 450-5000 ◻ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 5 of 11

41. In response to Paragraph 5.2 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 5.2 and therefore denies the same.

42. In response to Paragraphs 5.3 – 5.7 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 5.2 of the Complaint.

43. In response to Paragraph 5.8 of the Complaint, Invest West denies all allegations.

44. In response to Paragraph 5.9 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 5.9 and therefore denies the same.

45. In response to Paragraph 5.10 of the Complaint, Invest West denies all allegations.

46. In response to Paragraph 5.11 of the Complaint, Invest West denies all allegations.

47. In response to Paragraph 5.12 of the Complaint, Invest West denies all allegations.

48. In response to Paragraph 6.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 47 as if fully set forth herein.

49. In response to Paragraph 6.2 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 6.2 and therefore denies the same.

50. In response to Paragraphs 6.3 – 6.6 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 6.2 of the Complaint.

51. In response to Paragraph 6.7 of the Complaint, Invest West denies all allegations.

52. In response to Paragraph 6.8 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 6.8 and therefore denies the same.

DEFENDANT'S ANSWER - 6

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ☐ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 6 of 11

53. In response to Paragraph 6.9 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 6.9 and therefore denies the same.

54. In response to Paragraph 6.10 of the Complaint, Invest West denies all allegations.

55. In response to Paragraph 6.11 of the Complaint, Invest West denies all allegations.

56. In response to Paragraph 6.12 of the Complaint, Invest West denies all allegations.

57. In response to Paragraph 7.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 56 as if fully set forth herein.

58. In response to Paragraph 7.2 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 7.2 and therefore denies the same.

59. In response to Paragraphs 7.3 – 7.7 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 7.2 of the Complaint.

60. In response to Paragraph 7.8 of the Complaint, Invest West denies all allegations.

61. In response to Paragraph 7.9 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 7.9 and therefore denies the same.

62. In response to Paragraph 7.10 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 7.10 and therefore denies the same.

63. In response to Paragraph 7.11 of the Complaint, Invest West denies all allegations.

64. In response to Paragraph 7.12 of the Complaint, Invest West denies all allegations.

65. In response to Paragraph 7.13 of the Complaint, Invest West denies all

DEFENDANT'S ANSWER - 7

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA98004-5901
Tel: (425) 450-5000 ☐ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 7 of 11

allegations.

66. In response to Paragraph 8.1 of the Complaint, Invest West incorporates by this reference the responses set forth in paragraphs 1 through 65 as if fully set forth herein.

67. In response to Paragraph 8.2 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 8.2 and therefore denies the same.

68. In response to Paragraphs 8.3 – 8.7 of the Complaint, Invest West's responses are the same as set forth above with respect to the allegations of Paragraph 8.2 of the Complaint.

69. In response to Paragraph 8.8 of the Complaint, Invest West denies all allegations.

70. In response to Paragraph 8.9 of the Complaint, Invest West denies all allegations.

71. In response to Paragraph 8.10 of the Complaint, Invest West lacks sufficient information to admit or deny the allegations contained in the Paragraph 8.10 and therefore denies the same.

72. In response to Paragraph 8.11 of the Complaint, Invest West denies all allegations.

73. In response to Paragraph 8.12 of the Complaint, Invest West denies all allegations.

74. In response to Paragraph 8.13 of the Complaint, Invest West admits only that the Debtor assigned certain rights and interests to Invest West in exchange for forgiveness of certain antecedent debt. Invest West lacks sufficient information to admit or deny the remaining allegations contained in Paragraph 8.13 and therefore denies the same.

75. In response to Paragraph 8.14 of the Complaint, Invest West denies all allegations.

76. In response to Paragraph 8.15 of the Complaint, Invest West denies all allegations.

77. Invest West denies any and all allegations not expressly admitted herein.

DEFENDANT'S ANSWER - 8

ROMERO PARK P.S.
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ◻ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 8 of 11

## AFFIRMATIVE DEFENSES

Having answered the allegations of Plaintiff's Complaint, Invest West hereby asserts the following affirmative defenses.

1. The Complaint fails to state a claim upon which relief can be granted.
2. Equitable and/or Promissory Estoppel.
3. Fault of third parties.
4. Failure to mitigate damages.
5. Failure to join necessary party(ies).
6. Plaintiff has failed to satisfy one or more conditions precedent.
7. Assumption of risk.
8. Justification. Defendant had just cause for its actions.
9. Payment.
10. Laches.
11. Unclean hands.
12. Unjust enrichment.
13. Waiver.
14. Setoff.
15. Statute of Frauds.
16. Statute of Limitations.
17. Such other affirmative defenses that may be discovered over the course of discovery.

## PRAYER FOR RELIEF

WHEREFORE, Invest West respectfully requests the following relief:

(a) For Plaintiff to take nothing by way of its Complaint;
(b) For dismissal of Plaintiff's Complaint with prejudice and without costs;
(b) For judgment in Invest West's favor;
(c) For attorneys' fees and costs; and
(d) For such other and further relief as this Court deems just and equitable.

DEFENDANT'S ANSWER - 9

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ◻ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 9 of 11

RESPECTFULLY SUBMITTED this 21st day of June 2019.

ROMERO PARK P.S.

*/s/H. Troy Romero*
H. Troy Romero, WSBA #19044
Attorney for Defendant
155 – 108th Avenue NE, Suite 202
Bellevue, WA 98004
Telephone: 425-450-5000
Fax: 425-450-0728
Email: tromero@romeropark.com

DEFENDANT'S ANSWER - 10

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA98004-5901
Tel: (425) 450-5000 ▫ Fax: (425) 450-0728

Case 19-01019-CMA    Doc 21    Filed 06/21/19    Ent. 06/21/19 12:24:28    Pg. 10 of 11

**PROOF OF SERVICE VIA ECF**

I, Kathy Koback, certify and declare as follows:

I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within-entitled cause. I am an employee with the law firm of Romero Park P.S., whose address is 155 – 108th Avenue NE, Suite 202, Bellevue, Washington 98004.

On June 21, 2019, at my place of business in Bellevue, Washington, a copy of the attached document described as:

DEFENDANT'S ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS

was sent via electronic service through the Court's ECF service for delivery and addressed to:

***Attorneys for Chapter 7 Trustee Edmund J. Wood:***

| | |
|---|---|
| Deborah A. Crabbe, WSBA #22263 | ____ Hand Delivery |
| Andrew H. Morton, WSBA #49467 | ____ U.S. Mail |
| 1111 Third Avenue, Suite 3000 | ____ Overnight Mail |
| Seattle, Washington 98101 | ____ Facsimile |
| Deborah.crabbe@foster.com | _x_ Email - ECF |
| Andrew.morton@foster.com | |

I certify and declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 21st day of June 2019.

ROMERO PARK P.S.

/s/Kathy Koback
Kathy Koback, Legal Assistant
155 – 108th Avenue NE, Suite 202
Bellevue, WA 98004
Telephone: 425-450-5000
Fax: 425-450-0728
Email: kkoback@romeropark.com

DEFENDANT'S ANSWER - 11

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA 98004-5901
Tel: (425) 450-5000 ▪ Fax: (425) 450-0728