**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Critical Power Exchange, LLC,<br><br>                      Debtor. | Case No. 18-12037-CMA |
| Edmund J. Wood, Trustee,<br><br>                      Plaintiff,<br>v.<br><br>Invest West Capital, LLC, a Washington Limited Liability Company,<br><br>                      Defendant. | **Adv. Pro. No. 19-01019-CMA**<br><br>ORDER ON STIPULATION TO CONTINUE JUNE 28, 2019 STATUS CONFERENCE REGARDING TRUSTEE'S COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS |

THIS MATTER came before the Court upon the Stipulation to Continue June 28, 2019 Status Conference Regarding Trustee's Complaint for Avoidance and Recovery of Fraudulent Transfers [ECF No. 22] (the "Stipulation") between Plaintiff Edmund J. Wood as trustee (the "Trustee") for the bankruptcy estate of Critical Power Exchange, LLC (the "Debtor"), and

ORDER - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

defendant Invest West Capital, LLC ("Invest West" and, together with the Trustee, the "Parties").

The Court has reviewed the Stipulation and orders as follows:

1. The Stipulation is approved; and

2. The June 28, 2019 status conference in the above-captioned matter is continued to August 9, 2019.

**///END OF ORDER///**

Presented by:

**FOSTER PEPPER PLLC**

*/s/ Andrew H. Morton*

Deborah A. Crabbe, WSBA No. 22263
Andrew H. Morton, WSBA No. 49467
*Attorneys for Plaintiff Chapter 7 Trustee Edmund J. Wood*

Approved as to form, notice of presentation waived:

**ROMERO PARK P.S.**

*/s/ H. Troy Romero*

H. Troy Romero, WSBA No. 19044
*Attorneys for defendant Invest West Capital, LLC*

ORDER - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

53423084.1

Case 19-01019-CMA    Doc 24    Filed 06/26/19    Ent. 06/26/19 10:02:48    Pg. 2 of 2